COPY

G. Thomas Martin, III (SBN 218456)
John R. Larson (SBN 271241)
**PRICE LAW GROUP, APC**
15760 Ventura Blvd., Suite 1100
Encino, CA 91436
T: (818) 907-2030;  F: (818) 205-3730
tom@plglawfirm.com

Attorneys for Plaintiff,
RONALD MARTINEZ

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD MARTINEZ,<br><br>Plaintiff,<br><br>Vs.<br>CONVERGENT OUTSOURCING, INC.;  DOES 1 to 10, inclusive,<br><br>Defendants. | Case No.:  SACV12-00533 JST (ANx)<br><br>**COMPLAINT AND DEMAND FOR JURY TRIAL**<br><br>**(Unlawful Debt Collection Practices)**<br><br>**Demand Does Not Exceed $10,000** |

## COMPLAINT

## INTRODUCTION

1.     Plaintiff, RONALD MARTINEZ brings this action to secure redress from unlawful credit and collection practices engaged in by Defendant CONVERGENT OUTSOURCING, INC. (hereinafter also referred to as "CONVERGENT"). Plaintiff alleges violations of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 et seq. ("FDCPA").

/././.

/././.

/././.

## VENUE AND JURISDICTION

2.     This Court has jurisdiction under 15 U.S.C. §1692k (FDCPA) and 28 U.S.C. §§1331, 1337 and 1367.

3.     Venue and personal jurisdiction in this District are proper because:

a.   Defendant's collection communications were received by Plaintiff within this District;

b.   Defendant does or transacts business within this District.

## PARTIES

4.     Plaintiff RONALD MARTINEZ is an adult individual who resides in Irvine, California and is a "consumer" as defined by the FDCPA, 15 U.S.C. § 1692a(3).

5.     Defendant CONVERGENT is a corporation with offices throughout many states and in California.  On information and belief, Plaintiff alleges that CONVERGENT is not registered to do business in the State of California, but nonetheless has offices in California and transacts business in California, including in this district.

6.     At all relevant times herein, Defendant CONVERGENT is a company engaged, by use of the mails, facsimile, and telephone, in the business of collecting a debt from Plaintiff which qualifies as a "debt," as defined by 15 U.S.C.

COMPLAINT

§1692a(5). Defendant regularly attempts to collect debts alleged to be due another, and therefore is a "debt collector" as defined by the FDCPA, 15 U.S.C.§ 1692a(6).

## FACTS

7.     Defendant is attempting to collect from Plaintiff an alleged debt incurred for personal, family or household purposes and not for business purposes.

8.     Within the last year, Defendant constantly and continuously called Plaintiff with the intent to annoy and harass him into paying an alleged debt, including calling Plaintiff's spouse – Lisa Thurman - no less than seven (7) times in one day. These calls were made by CONVERGENT to Plaintiff's spouse's work telephone number of 714-699-6137 from CONVERGENT telephone numbers (877) 317-1200 and (206) 322-4500.

9.     Defendant failed to identify itself as a debt collector in subsequent communications – both by telephone and by facsimile.

10.     Defendant engaged in false and deceptive means in attempting to collect a debt by failing to identify itself as a debt collector in subsequent communications.

11.     Defendant failed to send Plaintiff a written notice in compliance with 15 U.S.C. §1692g.

12.     Defendant feigned compliance with 15 U.S.C. §1692g by sending a letter to Plaintiff, which he received on March 28, 2012, which was fraudulently

backdated to March 16, 2012. A true and correct copy of Defendant's letter is attached hereto and hereinafter incorporated by reference as Exhibit "A." Defendant's backdating of the letter received by Plaintiff on March 28, 2012 has also violated 15 U.S.C. §1692e, including Section e(2)(A).

13.     Furthermore, Defendant's letter in Exhibit "A" still does not comply with 15 U.S.C. §1692g because it does not contain "a statement that unless the consumer, within thirty days after receipt of the notice to dispute the validity of the debt, or any portion thereof, the debt will be assumed to be valid by the debt collector," which is required by Section 1692g(a)(3).

14.     The Defendant's letter in Exhibit "A" also does not contain "a statement that if the consumer notifies the debt collector in writing within the thirty-day period that the debt, or any portion thereof, is disputed, the debt collector will obtain verification of the debt or a copy of a judgment against the consumer and a copy of such verification or judgment will be mailed to the consumer by the debt collector," as required by Section 1692g(a)(4).

## COUNT I – FDCPA

15.     Plaintiff incorporates paragraphs 1 - 10.

16.     Defendant thereby violated the following provisions of the FDCPA:

      i)      15 U.S.C. §1692d

      ii)     15 U.S.C. §1692d(2);

iii)  15 U.S.C. §1692d(5);

iv)  15 U.S.C. §1692d(6);

v)  15 U.S.C. §1692e(10);

vi)  15 U.S.C. §1692e(11);

vii)  15 U.S.C. §1692g.

17.  Section 1692d prohibits a debt collector from engaging in any conduct **"the natural consequence of which is to harass, oppress, oppress, or abuse any person in connection with the collection of a debt."** Section 1692d(2) prohibits a debt collector from using **"obscene or profane language or language the natural consequence of which is to abuse the hearer or reader."**

18.  Section 1692d(5) and d(6) state in pertinent part that:

**A debt collector may not engage in any conduct the natural consequence of which is to harass, oppress, or abuse any person in connection with the collection of a debt. Without limiting the general application of the foregoing, the following conduct is a violation of this section:**
**...**
**(5) Causing a telephone to ring or engaging any person in telephone conversation repeatedly or continuously with intent to annoy, abuse, or harass any person at the called number.**
**...**
**(6) Except as provided in section 1692b of this title, the placement of telephone calls without meaningful disclosure of the caller's identity**

19.  Sections 1692 e(10) and e(11) state in pertinent part that:

**A debt collector may not use any false, deceptive, or misleading representation or means in connection with the collection of any debt. Without limiting the general application of the foregoing, the following conduct is a violation of this section:**
**...**
**(10) The use of any false representation or deceptive means to collect or attempt to collect any debt or to obtain information concerning a consumer.**

...

**(11) The failure to disclose in the initial written communication with the consumer and, in addition, if the initial communication with the consumer is oral, in that initial oral communication, that the debt collector is attempting to collect a debt and that any information obtained will be used for that purpose, and the failure to disclose in subsequent communications that the communication is from a debt collector, except that this paragraph shall not apply to a formal pleading made in connection with a legal action.**

20.    15 U.S.C. §1692g states that:

**"Within five days after the initial communication with a consumer in connection with the collection of any debt, a debt collector shall, unless the following information is contained in the initial communication or the consumer has paid the debt, send the consumer a written notice containing - (1) the amount of the debt; (2) the name of the creditor to whom the debt is owed; (3) a statement that unless the consumer, within thirty days after receipt of the notice, disputes the validity of the debt, or any portion thereof, the debt will be assumed to be valid by the debt collector; (4) a statement that if the consumer notifies the debt collector in writing within the thirty-day period that the debt, or any portion thereof, is disputed, the debt collector will obtain verification of the debt or a copy of a judgment against the consumer and a copy of such verification or judgment will be mailed to the consumer by the debt collector; and (5) a statement that, upon the consumer's written request within the thirty-day period, the debt collector will provide the consumer with the name and address of the original creditor, if different from the current creditor."**

21.    In this case, the Defendant's first communication with the Plaintiff/consumer[1] was March 14, 2012 via telephone. Lisa Thurman – Plaintiff's spouse – spoke to CONVERGENT representative, Amber Stone on March 14, 2012. On March 15, 2012, CONVERGENT sent a one page facsimile transmission

---

[1] "Consumer" is defined to include the consumer's spouse, who is Lisa Thurman. See 15 U.S.C. §1692c(d).

COMPLAINT

to Lisa Thurman. The fax from CONVERGENT was sent from fax number 206-322-4838 and was sent to Ms. Thurman at 949-748-7051. A true a correct copy of the March 15, 2012 fax is attached hereto and hereinafter incorporated by reference as Exhibit "B." CONVERGENT'S fax to Plaintiff's spouse violates 15 U.S.C. §1692g because it does not contain the requisite information required by that section as delineated above in paragraph 20. CONVERGENT'S fax also violates section 1692e(11) because it does not disclose that the fax is from a debt collector as required by that section.

## COUNT II – RFDCPA

22. Plaintiff incorporates paragraphs 1 - 18.

23. Defendant thereby violated the following provisions of the RFDCPA:

    i)    Cal. Civ. Code § 1788.11(b);

    ii)    Cal. Civ. Code § 1788.11(d);

    iii)    Cal. Civ. Code § 1788.11(e); and

    iv)    Cal. Civ. Code § 1788.17.

24. Sections 1788.11 (b), (d) and (e) state in pertinent part that:

**1788.11. No debt collector shall collect or attempt to collect a consumer debt by means of the following practices:**
**...**

  **(b) Placing telephone calls without disclosure of the caller's identity, provided that an employee of a licensed collection agency may identify himself by using his registered alias name as long as he correctly identifies the agency he represents;**

...
(d)   Causing a telephone to ring repeatedly or continuously to annoy the person called; or

...
(e)   Communicating, by telephone or in person, with the debtor with such frequency as to be unreasonable and to constitute an harassment to the debtor under the circumstances.

25.    Sections 1788.17 states in pertinent part as follows:

"1788.17.   Notwithstanding any other provision of this title, every debt collector collecting or attempting to collect a consumer debt shall comply with the provisions of Sections 1692b to 1692j, inclusive, of, and shall be subject to the remedies in Section 1692k of, Title 15 of the United States Code. However, subsection (11) of Section 1692e and Section 1692g shall not apply to any person specified in paragraphs (A) and (B) of subsection (6) of Section 1692a of Title 15 of the United States Code or that person's principal. The references to federal codes in this section refer to those codes as they read January 1, 2001.

/././.

/././.

/././.

/././.

/././.

/././.

/././.

/././.

/././.

/././.

- 8 -

COMPLAINT

## PRAYER FOR RELIEF

WHEREFORE, the Court should enter judgment in favor of Plaintiff and against Defendant for:

    (1) Statutory and actual damages;

    (2) Attorney's fees, litigation expenses and costs of suit;

    (3) Such other and further relief as the Court deems proper.


RESPECTFULLY SUBMITTED,

DATED: <u>April 2, 2012</u>       **PRICE LAW GROUP APC**

By:_____
          G. Thomas Martin, III
          Attorney for Plaintiff


## DEMAND FOR JURY TRIAL

PLEASE TAKE NOTICE that Plaintiff, RONALD MARTINEZ, demands trial by jury in this action.

COMPLAINT

**EXHIBIT A TO PLAINTIFF'S COMPLAINT**



ATERSO01
PO Box 1022
Wixom MI 48393-1022
CHANGE SERVICE REQUESTED



If we are calling you in error please call 855-728-9701
or visit our website at www.convergentusa.com.

Convergent Outsourcing, Inc. 800 SW 39th St.
PO Box 9004 ·Renton, WA 98057
Mon-Fri 8AM-5PM

B-23200388-B75     749937965

Ron Martinez
26 Clearbrook
Irvine CA 92614-7983

Date: 03/16/2012
Creditor: At&T Mobility Iru Domestic
Client Account #:  138017362
Convergent Account #: B-23200388
Settlement In Full: $ 183.46

| | |
|---|---|
| Principal: | $ 207.30 |
| Collection Cost: | $ 37.31 |
| Total Balance: | $ 244.61 |

Dear Ron Martinez:

### S E T T L E M E N T   O F F E R

If you have the ability, I have been advised that I can accept 75% of your total balance due as settlement in full of your account. The full settlement amount of $ 183.46 must be received in my office by an agreed upon date. If you are interested in taking advantage of this offer call me within 14 days.

Even if you are unable to take advantage of this offer, please contact me to see what terms can be worked out on your account.

This is an attempt to collect a debt and any information obtained will be used for that purpose. This communication is from a debt collector.

Sincerely,

Amber Stone, 877-317-1200 Ext 2767
Debt Collector

20XIATERSO01B75

- - - - - Please detach the bottom portion of this letter and return it with your payment in the enclosed envelope. - - - - -

Date: 03/16/2012
Creditor: At&T Mobility Iru Domestic
Client Account #:    138017362
Convergent Account #: B-23200388
Total Balance:     $ 244.61
Settlement In Full:  $ 183.46

Email our office or you may pay your bill online with a credit card or checking account at www.erspay.com. Your Temporary Identification number is 2.23200388.506

Amount Enclosed: US _____

New Address:
Address: _____
City: _____ ST _____ Zip. _____
Daytime Phone: (_____) _____ - _____
Evening Phone: (_____) _____ - _____

B-23200388-B75
Convergent Outsourcing, Inc.
PO Box 9006
Renton  WA 98057-9006

9300232003880000024461000018346

**EXHIBIT B TO PLAINTIFF'S COMPLAINT**

Mar 15 12 07:40a        ERS                    206-322-4838              P.1



## Convergent

Convergent Outsourcing, Inc
800 SW 39TH ST. – Renton, WA 98057
(206) 322-4500 – FAX (206) 322-4838

# Facsimile

| To: | Lisa Martinez | From: | Amber Stone |
|---|---|---|---|
| Fax: | ~~714-352-5801~~ *949-748-7051* | Pages: | 1 |
| Phone: | | Date: | March 15, 2012 |
| Re: | Credit deletion | CC: | |

☐ Urgent   ☐ For Review   ☐ Please Comment   ☐ Please Reply   ☐ Please Recycle

---

**AT&T#138017362**                    **Convergent#23200388**

This letter is to verify the above mentioned account was assigned to our office January 11 2012 with an outstanding balance of $244.61, for your convenience we accept payment over the phone via check, visa or MasterCard, once payment has cleared and the account reflects a zero balance we will request the deletion of the debt from the three major credit bureaus, if you have any questions feel free to call at 1-800-444-8485 ext#2468

---

**Account Specialist-Amber Stone**                    **March 15, 2012**

**THE INFORMATION CONTAINED IN THIS FACSIMILE MESSAGE IS PRIVILEGED AND CONFIDENTIAL INFORMATION INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY NAMED ABOVE. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION OR COPY OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE. THANK YOU.**

AO 440 (Rev. 12/09)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Central District of California

| | |
|---|---|
| RONALD MARTINEZ | ) |
| _____ | ) |
| *Plaintiff* | ) |
| v. | ) |
| CONVERGENT OUTSOURCING, INC.;  DOES 1 to | ) |
| 10, inclusive, | ) |
| _____ | ) |
| *Defendant* | ) |

Civil Action No.   **SACV12-00533 JST (ANx)**

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   G. Thomas Martin, III, Esq. (SBN 218456)
PRICE LAW GROUP, APC
15760 Ventura Blvd., Suite 1100
Encino, CA  91436
T: (818) 907-2030; F: (866) 397-2030
tom@plglawfirm.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:  4/6/2012

*Signature of Clerk or Deputy Clerk*

COPY

## UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
### CIVIL COVER SHEET

| I (a) PLAINTIFFS (Check box if you are representing yourself ☐) | DEFENDANTS |
|---|---|
| RONALD MARTINEZ | CONVERGENT OUTSOURCING, INC.; DOES 1 to 10, inclusive, |

| (b) Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.) | Attorneys (If Known) |
|---|---|
| G. Thomas Martin, III, Esq. (SBN 218456), PRICE LAW GROUP, APC<br>15760 Ventura Blvd., Suite 1100, Encino, CA 91436<br>T: (818) 907-2030; F: (866) 205-2730 | |

| II. BASIS OF JURISDICTION (Place an X in one box only.) | III. CITIZENSHIP OF PRINCIPAL PARTIES - For Diversity Cases Only (Place an X in one box for plaintiff and one for defendant.) | | | | |
|---|---|---|---|---|---|
| | | PTF | DEF | | PTF DEF |
| ☐ 1 U.S. Government Plaintiff    ☒ 3 Federal Question (U.S. Government Not a Party) | Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 ☐ 4 |
| ☐ 2 U.S. Government Defendant    ☐ 4 Diversity (Indicate Citizenship of Parties in Item III) | Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 ☐ 5 |
| | Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

☒ 1 Original Proceeding ☐ 2 Removed from State Court ☐ 3 Remanded from Appellate Court ☐ 4 Reinstated or Reopened ☐ 5 Transferred from another district (specify): ☐ 6 Multi-District Litigation ☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** ☒ Yes ☐ No (Check 'Yes' only if demanded in complaint.)

**CLASS ACTION under F.R.C.P. 23:** ☐ Yes ☒ No    ☒ MONEY DEMANDED IN COMPLAINT: $ according to proof

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
Unlawful Debt Collection Practices

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | TORTS PERSONAL INJURY | TORTS PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | | ☐ 720 Labor/Mgmt. Relations |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 530 General | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act |
| ☐ 450 Commerce/ICC Rates/etc. | ☐ 140 Negotiable Instrument | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 535 Death Penalty | |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 340 Marine | BANKRUPTCY | ☐ 540 Mandamus/Other | ☐ 740 Railway Labor Act |
| ☐ 470 Racketeer Influenced and Corrupt Organizations | | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | ☐ 550 Civil Rights | ☐ 790 Other Labor Litigation |
| ☒ 480 Consumer Credit | ☐ 151 Medicare Act | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | ☐ 555 Prison Condition | ☐ 791 Empl. Ret. Inc. Security Act |
| ☐ 490 Cable/Sat TV | ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | ☐ 355 Motor Vehicle Product Liability | CIVIL RIGHTS | FORFEITURE / PENALTY | PROPERTY RIGHTS |
| ☐ 810 Selective Service | | ☐ 360 Other Personal Injury | ☐ 441 Voting | ☐ 610 Agriculture | ☐ 820 Copyrights |
| ☐ 850 Securities/Commodities/ Exchange | ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 362 Personal Injury-Med Malpractice | ☐ 442 Employment | ☐ 620 Other Food & Drug | ☐ 830 Patent |
| ☐ 875 Customer Challenge 12 USC 3410 | ☐ 160 Stockholders' Suits | ☐ 365 Personal Injury-Product Liability | ☐ 443 Housing/Acco-mmodations | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 840 Trademark |
| ☐ 890 Other Statutory Actions | ☐ 190 Other Contract | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 444 Welfare | | SOCIAL SECURITY |
| ☐ 891 Agricultural Act | ☐ 195 Contract Product Liability | | ☐ 445 American with Disabilities - Employment | ☐ 630 Liquor Laws | ☐ 861 HIA (1395ff) |
| ☐ 892 Economic Stabilization Act | ☐ 196 Franchise | REAL PROPERTY | | ☐ 640 R.R. & Truck | ☐ 862 Black Lung (923) |
| ☐ 893 Environmental Matters | REAL PROPERTY | ☐ 210 Land Condemnation | ☐ 446 American with Disabilities - Other | ☐ 650 Airline Regs | ☐ 863 DIWC/DIWW (405(g)) |
| ☐ 894 Energy Allocation Act | ☐ 210 Land Condemnation | ☐ 220 Foreclosure | IMMIGRATION | ☐ 660 Occupational Safety /Health | ☐ 864 SSID Title XVI |
| ☐ 895 Freedom of Info. Act | ☐ 220 Foreclosure | ☐ 230 Rent Lease & Ejectment | ☐ 462 Naturalization Application | ☐ 690 Other | ☐ 865 RSI (405(g)) |
| ☐ 900 Appeal of Fee Determi-nation Under Equal Access to Justice | ☐ 230 Rent Lease & Ejectment | ☐ 240 Torts to Land | ☐ 463 Habeas Corpus-Alien Detainee | | FEDERAL TAX SUITS |
| ☐ 950 Constitutionality of State Statutes | ☐ 240 Torts to Land | ☐ 245 Tort Product Liability | ☐ 465 Other Immigration Actions | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| | ☐ 245 Tort Product Liability | ☐ 290 All Other Real Property | ☐ 440 Other Civil Rights | | ☐ 871 IRS-Third Party 26 USC 7609 |

---

### FOR OFFICE USE ONLY: Case Number: SACV12-00533 JST (ANx)

AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.

CV-71 (05/08)        CIVIL COVER SHEET        Page 1 of 2

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
CIVIL COVER SHEET

**VIII(a). IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed? ☑ No ☐ Yes
If yes, list case number(s): _____

**VIII(b). RELATED CASES:** Have any cases been previously filed in this court that are related to the present case? ☑ No ☐ Yes
If yes, list case number(s): _____

Civil cases are deemed related if a previously filed case and the present case:
(Check all boxes that apply)   ☐ A.  Arise from the same or closely related transactions, happenings, or events; or
                              ☐ B.  Call for determination of the same or substantially related or similar questions of law and fact; or
                              ☐ C.  For other reasons would entail substantial duplication of labor if heard by different judges; or
                              ☐ D.  Involve the same patent, trademark or copyright, and one of the factors identified above in a, b or c also is present.

**IX. VENUE:**  (When completing the following information, use an additional sheet if necessary.)

(a)   List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named plaintiff resides.
☐    Check here if the government, its agencies or employees is a named plaintiff.  If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Orange County | |

(b)   List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named defendant resides.
☐    Check here if the government, its agencies or employees is a named defendant.  If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| | Atlanta, GA |

(c)   List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** claim arose.
      Note: In land condemnation cases, use the location of the tract of land involved.

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Orange County | |

**\* Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties**
Note: In land condemnation cases, use the location of the tract of land involved.

X. SIGNATURE OF ATTORNEY (OR PRO PER): _____   Date  3/30/12

**Notice to Counsel/Parties:**  The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law.  This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet.  (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |